## LAUGHLIN *et al.* v. TURNER.

No. 5092. Opinion Filed September 28, 1915.

(151 Pac. 1196.)

*Error from County Court, Ellis County;*
*A. L. Squire, Judge.*

Blunk et al. v. State.

Action by Warren U. Laughlin and another against Owen F. Turner. From the judgment, the parties first mentioned bring error. Dismissed.

*Appleget & Herod,* for plaintiff in error.

Opinion by MATHEWS, C. No brief having been filed in this case by the plaintiff in error, the appeal will be deemed abandoned, and the appeal, for that reason, should be dismissed.

By the Court: It is so ordered.